John E. Feeley, SBN 115598
Email: *jfeeley@insurlaw.com*
Glen A. Stebens, SBN 91138
Email: *gstebens@insurlaw.com*
SMITH SMITH & FEELEY LLP
16330 Bake Parkway
Irvine, California 92618
Telephone: 949.263.5920
Facsimile:  949.263.5925

JS-6

Attorneys for Defendant HARTFORD CASUALTY INSURANCE COMPANY, erroneously sued as The Hartford Insurance Company

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MUHAMMAD AKHTAR,<br><br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD INSURANCE COMPANY, and DOES 1 to 10,<br><br>Defendants. | Case No.: EDCV 11-1974-JVS(OPx)<br>Hon. James V. Selna<br><br>**ORDER OF DISMISSAL**<br><br>Date Filed:         October 11, 2011<br>Discovery Cut off: October 8, 2012<br>Motion Cut off:    December 3, 2012<br>Trial Date:         January 22, 2013 |

      Based on the stipulation of dismissal by the parties, and good cause appearing therefor:

      IT IS HEREBY ORDERED that this action is dismissed, with prejudice.

DATED:    September 07, 2012

_____
James V. Selna
United States District Court Judge

- 1 -

[Proposed] Order of Dismissal

AKHTAR -
PROPOSED ORDER
OF DISMISSAL.doc